PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

AUG 15 2024 AM10:59
FILED - USDC - NDTX - AM

_Casimiro Salinas so#88042_
Plaintiff's Name and ID Number

_Lubbock County Division Center_
Place of Confinement

**2 -24CV-172-Z**

CASE NO. _____
(Clerk will assign the number)

v.

_Kelly Rowe_
Defendant's Name and Address

_Captain MosQuEDA_
Defendant's Name and Address

_officer ROMAN_
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court.  You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct.  If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.**  ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure.  Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred.  If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID),  the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*.  In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor.  You must also include a current six-month history of your inmate trust account.  If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."  *See* 28 U.S.C. § 1915.  Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner.  If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account.  Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date.  Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief.  Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✔NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.)_____

        4.  Cause number:_____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition:_____

II.    PLACE OF PRESENT CONFINEMENT: *LuBBock County Division Center*

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?        ___YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: *Cashmiro Salinas 2*
*Lubbock County Detention Center*
*P.O. Box 10535, Lubbock Texas 79408*

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: *Kelly Rowe*
*LuBBock County Detenion Center*
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: *Captain MasQueda*
*LuBBock County Detenion center*
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: *Officer ROMAN*
*LuBBock County Detention Cente*
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: *Officer Sanchez*
*LuBBock County Detention Center*
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: *Officer Stanger*
*LuBBock County Detention center*
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how <u>each</u> defendant is involved.  <u>You need not give any legal arguments or cite any cases or statutes.</u>  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

VI.    RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

_____

_____

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Casimiro Salinas , Casper Salinas , Jose Salinas

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

NA or 88042

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ____YES  ✓ NO

B. If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division):_____

2.  Case number:_____

3.  Approximate date sanctions were imposed:_____

4.  Have the sanctions been lifted or otherwise satisfied?                    ____YES ____NO



According to Jail Handbook
Kelly Rowe States my life is
priority #1 and I strongly feel
my life is in danger and Violated
my 8th amendment by POD officer
ROMAN, The 8th amendment
for bibs cruel and unusual
punishment and is probably the
most important amendment for
prisoners. it has been interruped
to prohitbit excessive force an
brutality as well as unsanitary,
DANGEROUS or restrictive Conditions.
it is also the source for your right
medical Care in prison or as a
prisoner. The Rule: a use of
force is excessive violates the
8th amendement when it is not
applied in and effort to maintain
or restore discipline but it is
used to maliciously and SADISTIKLY
Cause harm where a prison officer
is responsible for unnecessary and
wanton infliction of Pain. My
8th amendment has been Violated

②

V

by officer ROMAN has created
a hostile enviroment for me,
and putting my life and safety
in danger and at risk, and I
WISH ROMAN would havn't
have put this change in
my life, Thank you and
GOD Bless,

officer ROMAN ratted me out
to the members of West Texas
that I was in hiding from. I've
been in the new Jail 2 time
before this time and no one
Knew I was pro west I'm
one of the oldest pro west
member and the highest Ranking
member in the POD I've
been hiding who I was because
I've been out since 2000 and
left that life behind now the
last time I was in here I
bonded out then came righ back
in and did 96 days with time
served and no one Knew who
I was but this time officer
ROMAN ratted me out so now
I have been in my cell and have
only come out 5 times a day to
eat and Pill Call today I Come out
6 times for store I had a sit
down with the West Texas
Spokes man and its get clicked
in and its clicked out my

Choices I try to kite myself
out before it got to this, but
like I said Officer ROMAN
ratted me out. I've even went
as fore as letting my hair grow
out because I have a big
West Texas stamp with
the #'s 2625 on it. I've
have been trying to go to
trustee, GOD POD, G.E.D. ect...
to stay clear of West Texas
members so that I can do
my 6 mo. time here and
move on but Officer
ROMAN took it apone him
self to till Mr. MUNOZ not
to hirer me as a trustee
so he was trying to staite
a fight with me + West
Texas He is just a hateful
haerted man.

On 8-8-2024 I was called down
to intake to talk to Captain MOSQUEDA
About Roman but He lied to me
and put me in PC-1 in intake
I was put in there for more
then 7 hours the toilet did
not work and it was backed
up there was urine and feces
in and on the toilet, walls and
Floor. The smelt so bad in
there that it could be smell it
out side the door. I asked officers
Sanchez and Stanger to move
me and for toilet papper for
my nose for the smell. I
was denied both. There was
even Flys in the cell. I was
forced to eat lunch and
Dinner in the cell. when
I asked to speak to a Ranking
official Captain MOSQUEDA by
Both Officers Sanchez and
Stanger denied me that as
well. I tryed to talk to a
family member in another

cell, and officer Sanchez
put a Cover on the door
and window to stop me
from talking to my family
member. but after an hour
passed by chain Came in an
another family member walked
by. when I seen him I
yelled out the bottom of the
door because officer Sanchez
did not Cover the Bottom
window. told my family member
to Call my sister and lawer
ROD HUBSon for me, the
Officers told my family member
not to talk to me or he would
be placed in the shoe, I know
they were going to leave me in
there for the night. But after
the yelled at my faimly member
informing him of How there were
doing me officer Sanchez opened
the door to let me out said
they were moving me to
6-B from 3-E why move me

they should be moving officer
ROMAN not me. as I was leaving
in take I was asked to look though
my stuff which they had packed
up for me, and as I was looking
though it I grabed two BIBIES
I had and put them on the desk
because like I said I was try
to change my life stay clear
of West Texas gang But
Officer ROMAN chonse that
for me when he Ratted me
out to West Texas  So Sad
and So up setting Thank you
for your time.

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES ✓NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division):_____

    2. Case number:_____

    3. Approximate date warning was issued:_____

Executed on: _____
            DATE

                                         _____
                                           (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ day of _____, 20 _____.
              (Day)                      (month)       (year)

                                         _____
                                           (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

